ANGELINE PICARIELLO ET AL., RESPONDENTS, v. LINARES AND RESCIGNO BANK, APPELLANT.

Submitted October 31, 1941—Decided January 9, 1942.

For the respondents, *David Cohn.*

For the appellant, *Collins & Corbin.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—The Chancellor, Parker, Bodine, Donges, Perskie, Porter, Colie, Dear, Wells, WolfsKeil, Rafferty, Hague, Thompson, JJ. 13.

*For reversal*—None.